1
2
3
4
5
6                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
7                                         AT SEATTLE

8    WYKANUSH VENTURES LLC, *et al.*,

9                          Plaintiffs,                Case No. C21-5710-DGE-MLP

10          v.                                        ORDER

11   KARSTAN WALKER, *et al.*,

12                          Defendants.

13

14          Plaintiffs filed this action in September 2021 and obtained an entry of default against all

15   Defendants by February 2022. (Dkt. ## 1, 16, 24.) On June 30, 2022, the Court ordered Plaintiffs

16   to show cause why the action should not be dismissed for failure to prosecute. (Dkt. # 29.) In

17   their response, filed July 15, 2022, Plaintiffs stated they were preparing subpoenas duces tecum

18   and anticipated filing for default judgment within 90 days. (Dkt. ## 30 at 4, 31 at ¶¶ 7-8.) On

19   July 22, 2022, the Court concluded "[t]he public policy favoring disposition of cases on their

20   merits weighs against dismissing the action at this time" and ordered Plaintiffs to file a motion

21   for default judgment or a status report within 90 days. (Dkt. # 32 at 2.)

22          On October 20, 2022, Plaintiffs filed a status report. (Dkt. # 33.) Plaintiffs assert they

23   have issued five subpoenas and expect to receive subpoenaed documents "shortly" that will

1    evidence their damages. (*Id.* at ¶ 1.) Plaintiffs "anticipate filing their Motion for Default

2    Judgment on or before December 19, 2022[.]" (*Id.* at ¶ 2.)

3        Based on Plaintiffs' representations that the information they require to resolve this case

4    will be received imminently, the Court concludes that additional time to file a motion for default

5    judgment is reasonable. Accordingly, the Court ORDERS Plaintiffs to file a motion for default

6    judgment by December 19, 2022. No further extensions should be expected.

7        The Clerk is directed to send copies of this Order to the parties and to the Honorable

8    David G. Estudillo.

9        Dated this 24th day of October, 2022.

10

11        _____

            MICHELLE L. PETERSON
12            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2